*Granted.*
*Karen L. Litkovitz*
*6/11/13*

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION (CINCINNATI)

| | | |
|---|---|---|
| MARY FAETH, | ) | CASE NO: 1:12-CV-792 |
| | ) | |
| Plaintiff, | ) | JUDGE SANDRA S. BECKWITH |
| | ) | Magistrate Judge Stephanie K. Bowman |
| - vs. - | ) | |
| | ) | |
| DIVERSIFIED MAINTENANCE | ) | |
| SYSTEM, INC. AKA | ) | |
| DIVERSIVIED MAINTENANCE | ) | **DEFENDANT SEARS, ROEBUCK** |
| SYSTEM, AKA DIVERSIFIED | ) | **AND CO.'S UNOPPOSED MOTION** |
| MAINENANCE SYSTEMS, et al., | ) | **FOR PARTY REPRESENTATIVE TO** |
| | ) | **APPEAR TELEPHONICALLY** |
| Defendants. | ) | |

Now comes Defendant, Sears Roebuck and Co., and respectfully moves this Court for permission for its party representative to be allowed to appear telephonically for the Settlement Conference scheduled before the Court on Tuesday, June 25, 2013, at 9:00 a.m. This motion is not made as an act of disrespect of the Court, but in order to reduce the legal expense of time and travel for the Defendant whose principal offices are located in Hoffman Estates, Illinois. Counsel will have ample opportunity to maintain telephonic communication with their client representative via cellar telephone. Defendant Sears has consulted with counsel for all parties who have indicated that they do not oppose this request.

For these reasons, counsel for Defendant Sears, Roebuck and Co. respectfully requests its

1

representative be granted permission to appear telephonically at the Tuesday, June 25, 2013, at 9:00 a.m. Settlement Conference.

        Respectfully submitted,

        /s/Keith A. Savidge
        Keith A. Savidge, Esq. (#0014242)
        Eric D. Baker, Esq. (#0070025)
        Seeley, Savidge, Ebert & Gourash Co., L.P.A.
        26600 Detroit Road
        Cleveland, Ohio 44145
        (216) 566-8200; fax (216) 566-0213
        kasavidge@sseg-law.com
        edbaker@sseg-law.com

        Attorneys for Defendant,
        Sears, Roebuck and Co.

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2013, a copy of the foregoing Defendant, Sears, Roebuck and Co.'s Unopposed Motion for Party Representative to Appear Telephonically was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        /s/Keith A. Savidge
        Keith A. Savidge, Esq. (#0014242)